UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00168 |
| | ) | JUDGE CAMPBELL |
| SAMUEL E. WEBSTER | ) | |

## ORDER

Pending before the Court is a Petition (Docket No. 49) alleging violations of supervised release conditions. The Court will hold a hearing on the Petition on September 3, 2014, at 9:00 a.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE