# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

SAMUEL E. WEBSTER

Case Number: 3:10-00168
USM Number: 19510-075

Ronald Clayton Small
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __One (1) through Six (6)__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer | 7/30/14 |
| 2 | Defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment | 7/31/14 |
| 3 | Defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the Probation Office | 7/31/14 |
| 4 | Defendant shall register as a sex offender as prescribed by state and federal law | 6/5/14 |
| 5 | Defendant shall be required to participate in an adult education program and prove consistent effort, as determined appropriate by the United States Probation Office, toward obtaining a General Equivalency Diploma (GED) | 7/30/14 |
| 6 | Defendant shall refrain from any unlawful use of a controlled substance | 8/14/14 |

   The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __2572__

September 17, 2014
Date of Imposition of Judgment

Defendant's Year of Birth: __1985__

*Todd Campbell* (signature)
Signature of Judge

City and State of Defendant's Residence:
Nashville, Tennessee

Todd J. Campbell, United States District Judge
Name and Title of Judge

September 17, 2014
Date

DEFENDANT: SAMUEL E. WEBSTER  Judgment — Page 2 of 2
CASE NUMBER: 3:10-00168

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: eleven (11) months

No period of Supervised Release is imposed.

__X__  The Court makes the following recommendations to the Bureau of Prisons:

1. Incarceration near Nashville, Tennessee.

__X__  The Defendant is remanded to the custody of the United States Marshal.

____  The Defendant shall surrender to the United States Marshal for this District:

  ____  at _____ p.m. on _____

  ____  as notified by the United States Marshal.

____  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  ____  before 2 p.m. on _____

  ____  as notified by the United States Marshal.

  ____  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal